IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 6:24-CR-00186-GAP-RMN-1 |
| | ) | |
| RAYMOND NEIL SMITH | ) | |

**UNOPPOSED MOTION FOR DETENTION HEARING**

Mr. RAYMOND NEIL SMITH, pursuant to 18 U.S.C. § 3143(a), respectfully moves this Court to hold a detention hearing.

**I. Relevant Procedural History**

Law enforcement officers arrested Mr. Smith on April 19, 2024. (*See* Docket Entry.) On April 22, 2024, the Government filed a Complaint as to Mr. Smith. (Complaint, ECF No. 1.) During the Initial Appearance, the Government orally moved for detention (ECF No. 5); and Mr. Smith consented to detention, reserving the right to readdress the issue (Order, ECF No. 6).

On April 23, 2024, the Government again moved for detention via written motion (Mot., ECF No. 9), which this Court granted on April 24, 2024 (Order, ECF No. 24). On May 15, 2024, this Court scheduled a detention hearing for May 20, 2024. (Not., ECF No. 17.) Mr. Smith moved to vacate the detention hearing on May 17, 2024 (Mot., ECF No. 18), which this Court

1

granted, and the detention hearing vacated the same day (Order, ECF No. 19; Not., ECF No. 20).

On August 13, 2024, Mr. Smith plead guilty in open court to conspiracy to smuggle aliens in violation of 8 U.S.C. §§ 1324(a)(1)(A)(v)(I) and (a)(1)(B)(i) (Count One) and unlawfully transporting aliens in violation of 8 U.S.C. §§ 1324(a)(1)(A)(ii) and (a)(1)(B)(i) (Count Two). (Plea Agmnt., ECF No. 25; Min., ECF No. 34.) During that hearing, Mr. Smith orally moved for release pending sentencing; this Court tentatively set the hearing for Friday, August 16, 2024, at 1:00 PM, and orally ordered Mr. Smith to file motions regarding detention.

## II. Memorandum of Law and Argument

The pertinent part of 18 U.S.C. § 3143(a) provides:

> (1) Except as provided in paragraph (2), the judicial officer shall order that a person who has been found guilty of an offense and who is awaiting imposition or execution of sentence… be detained, unless the judicial officer finds by clear and convincing evidence that the person is not likely to flee or pose a danger to the safety of any other person or the community if released ….

*See* 18 U.S.C. § 3143(a)(1) & (a)(2). Furthermore, Middle District of Florida Local Rule 3.01 states in its pertinent part, that "[a] party must request oral argument…in a separate document accompanying the party's motion…and stating the time necessary." M.D. Fla. L.R. 3.01(h).

Mr. Smith intends to show that he is neither a flight risk nor a danger to the community and requests a detention hearing so the Court can hear oral argument. He anticipates the Court needing one hour to conduct the hearing.

### III.    Local Rule 3.01(g) Certification

Mr. Smith's attorney of record has conferred with Assistant United States Attorney Richard Varadan regarding this motion; and he is unopposed to this Court holding a detention hearing but is opposed to release pending sentencing.

### IV. Conclusion

Mr. Smith, based on the foregoing factual assertions and arguments, prays that this Court hold a detention hearing.

Date:  August 14, 2024

Respectfully Submitted,

*s/ Murdoch Walker II.*
Murdoch Walker II, Esq.
Ga. Bar # 163417
mwalker@lowtherwalker.com

Lowther Walker LLC
101 Marietta St., NW, Ste. 3325
Atlanta, GA 30303
404.496.4052
www.lowtherwalker.com

Attorney for Defendant
Raymond Neil Smith

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 6:24-CR-00186-GAP-RMN-1 |
| | ) | |
| RAYMOND NEIL SMITH | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2024, I electronically filed the foregoing UNOPPOSED MOTION FOR DETENTION HEARING with the Clerk of the United States District Court for the Middle District of Florida by way of the CM/ECF system, which automatically will serve this document on the attorneys of record for the parties in this case by electronic mail.

Date:  August 14, 2024

                                                   Respectfully Submitted,

                                                   ***s/ Murdoch Walker II.***
                                                   Murdoch Walker II, Esq.
                                                   Ga. Bar # 163417
                                                   mwalker@lowtherwalker.com

                                                   Lowther Walker LLC
                                                   101 Marietta St., NW, Ste. 3325
                                                   Atlanta, GA 30303
                                                   404.496.4052
                                                   www.lowtherwalker.com

                                                   Attorney for Defendant
                                                   Raymond Neil Smith